IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN MICHAEL KITE,

           Appellant,

 v.                                          Case No. 5D23-25
                                             LT Case No. 45-2020-CF-000421-AXYX

STATE OF FLORIDA,

           Appellee.

_____/

Decision filed January 10, 2023

Appeal from the Circuit Court
for Nassau County,
James H. Daniel, Judge.

Michael J. Titus, of Office of Candice K.
Brower, Criminal Conflict & Civil
Regional Counsel,  Tallahassee, for
Appellant.

No Appearance for Appellee.


PER CURIAM.

        AFFIRMED.


EVANDER, MAKAR and JAY, JJ., concur.